IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIUS WARDLAW,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 08-2536 |
| | : | |
| **PHILADELPHIA POLICE** | : | |
| **OFFICER MARQUES NEWSOME,** | : | |
| et al., | : | |
| Defendants | : | |

# O R D E R

**AND NOW,** this 23rd day of March, 2015, upon consideration of the defendants' motion for partial summary judgment (Document #31), and the plaintiff's response (Document #32), IT IS HEREBY ORDERED that:

1. The motion is GRANTED in its entirety.

2. In Count Three, judgment is entered on behalf of the Defendant City of Philadelphia, and against the plaintiff.

3. In Count Five, judgment is entered on behalf of Defendant Newsome and Defendant Sharamatew, and against the plaintiff.

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.